Case 8:16-cr-00478-JSM-TGW   Document 87   Filed 11/04/24   Page 1 of 1 PageID 337

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| FRIGSON JAVIER ESTUPINAN-BARRIO ) | Case No: 8:16-cr-478-JSM-TGW |
| ) | USM No: 68035-018 |
| Date of Original Judgment: 07/07/2017 ) | |
| Date of Previous Amended Judgment: ) | Ronald Marzullo, CJA |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  135  months **is reduced to**  120 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/07/2017  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/04/2024

*Judge's signature*

Effective Date:  _____

James S. Moody, Jr., United States District Judge

*(if different from order date)*  *Printed name and title*